Opinion filed January 4, 2024



**In The**

# Eleventh Court of Appeals

_____

**No. 11-23-00083-CV**

_____

**DEVON ENERGY PRODUCTION COMPANY, L.P., Appellants**

**V.**

**MCCLURE OIL COMPANY, INC. AND FINA 945 L.C., Appellees**

**AND**

**DRIVER PRODUCTION, L.P., ET AL., Appellants**

**V.**

**DEVON ENERGY PRODUCTION COMPANY, L.P., ET AL., Appellees**

**On Appeal from the 118th District Court**

**Glasscock County, Texas**

**Trial Court Cause No. 1895**

# MEMORANDUM OPINION

Appellant, Gale Kloesel, filed a notice of appeal of the trial court's final judgment and its "Order on Motions for New Trial." Appellant's brief was originally due to be filed in this court on or before June 26, 2023. We granted three of Appellant's counsel's motions to extend the deadline to file the brief. In the most recent motion, Appellant's counsel requested leave to file a late brief "in the event it becomes necessary" because "[Appellant] is in the process of settlement negotiations and plans to settle this matter without the need and expense for the drafting and filing of a brief." We granted the motion and notified counsel that the brief was due for filing on or before September 25, 2023.

Appellant's counsel did not file a brief. On September 29, October 20, and October 24, the clerk of this court reminded Appellant's counsel that the brief was overdue. On October 24, Appellant's counsel notified the clerk of this court by telephone that "[s]he has settled with SH Permian and Pioneer Natural Resources [and] [c]ounsel will file something with [the] court." On November 8 and November 30, the clerk of this court again notified counsel by letter that the brief was overdue. In the November 30 letter, Appellant's counsel was directed to notify the court in writing on or before December 6 regarding whether Appellant intends to prosecute the appeal. Appellant's counsel was further notified that if a response is not filed on or before that date, the appeal may be dismissed pursuant to Rule 42.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(b), (c).

As of this date, Appellant's counsel has not filed a brief, nor has counsel notified this court that Appellant intends to prosecute the appeal. Based upon the failure to prosecute this appeal in a timely manner, we are of the opinion that Appellant's appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss this appeal in part. The portion of the appeal relating to Gale Kloesel is dismissed. The appeal remains active with respect to the remaining parties.


PER CURIAM


January 4, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.[1]

Williams, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.